# LUTHER POMEROY
## v.
# LOUIS ROI

### 1810

JOURNAL ENTRIES

1. Alias capias ordered; continuance . . . . *Journal, infra,* *p. 321
2. Motion for cancellation of bail bond . . . . . . . " 355
3. Declaration filed; bail bond cancelled; plea; issue; con-
    tinuance . . . . . . . . . . . . . . . " 360